# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| HEATHER CHRISTINE FOREMAN, ) | |
| ) | CASE NO. 1:12CV2120 |
| Plaintiff, ) | |
| ) | |
| v. ) | MAGISTRATE JUDGE GREG WHITE |
| ) | |
| CAROLYN W. COLVIN, ) | |
| Commissioner of Social Security ) | **JUDGMENT ENTRY** |
| ) | |
| Defendant. ) | |

Consistent with a Memorandum Opinion and Order of this Court also filed this date, the Commissioner's final decision is AFFIRMED and judgment is entered in favor of the defendant.

IT IS SO ORDERED.

/s/ Greg White
U.S. Magistrate Judge

Date: June 24, 2013